IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YELISEY RABAEV individually; : | |
| GOLDIE RABAEV, individually; and : | |
| YELISEY and GOLDIE RABAEV as : | |
| parents and natural guardians of Y.R., : | CIVIL ACTION |
| a minor, and K.R., a minor, : | |
| : | NO. 22-0634 |
| v. : | |
| : | |
| CBH20 GENERAL PARTNER, LLC d/b/a : | |
| CAMELBACK SKI CORPORATION, et al. : | |

## **ORDER**

AND NOW, this 22nd day of April, 2022, upon consideration of Defendants' Motion to Transfer Venue (Document No. 10), it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.